UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DYSON, INC. and STARR INTERNATIONAL (EUROPE) LIMITED,

    Plaintiffs,

v.

DANMAR LINES LTD.,

    Defendant / Third-Party Plaintiff,

v.

YANG MING SHIPPING PHILIPPINES, INC.,

    Third-Party Defendant.

Case No. 1:24-cv-704 (NRB)

**ORDER**

---

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

    The Court has been informed that the parties have reached an agreement in principle to settle this case. Accordingly, it is hereby ORDERED that this action is DISMISSED without costs to any party and subject to restoring the action to the Court's calendar, provided the application to restore the action is made within sixty days.

    All case deadlines are adjourned sine die.

    **SO ORDERED.**

Dated: New York, New York
      July _15_, 2025

                                      NAOMI REICE BUCHWALD
                                      UNITED STATES DISTRICT JUDGE